1  PAUL GUTIERREZ, ESQ. (SBN 66059)
   ROBERT BELSHAW, ESQ. (SBN 142028)
2  GUTIERREZ ▪ RUIZ, LLP
3  333 Sacramento Street
   San Francisco, CA 94111
4  Telephone: (415) 398-9000
   Facsimile: (415) 398-5800
5
6  Attorneys for Plaintiff and Counter-Defendant

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11 GC MICRO CORPORATION, a California   )   CASE NO.: C-03-03539-MMC
   corporation,                          )
12                                        )
              Plaintiff,                  )   **STIPULATION RE DISMISSAL**
13                                        )
       v.                                 )
14                                        )
   JAMES SCHERBER, an individual,        )
15                                        )
              Defendant.                  )
16                                        )
                                          )
17 JAMES SCHERBER, an individual,        )
                                          )
18            Counter-Claimant,           )
       v.                                 )
19                                        )
   GC MICRO CORPORATION, a California   )
20 corporation,                          )
              Counter-Defendant.          )
21                                        )

22

23

24

25 IT IS HEREBY STIPULATED by and between the parties to this action through their respective

26 counsel that the above captioned action be and hereby is dismissed with prejudice in its entirety

27 pursuant to FRCP 41.

28 \\

---

Stipulation Re Dismissal                                Case No. C-03-03539

-1-

-2-

Gutierrez ▪ Ruiz, LLP


 Robert Belshaw
Robert Belshaw
Attorneys for Plaintiff and
Counter-Defendant GC Micro Corporation, Inc.


Herdell & Yost, LLP


_____/s/_____
Kathleen Herdell
Attorneys for Defendant and
Counter-Claimant James Scherber


I, Robert E. Belshaw, declare:

I am the originator of this e-filed document. This Stipulation Re Dismissal is filled with the concurrence of Kathleen Herdell, whose original signature on the document is in the possession of and shall be maintained at the Offices of Gutierrez-Ruiz LLP.
I declare under penalty of perjury that the forgoing is true and correct.

June 1, 2004           Robert E. Belshaw

Stipulation Re Dismissal                                      Case No. C-03-03539
-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation Re Dismissal                                         Case No. C-03-03539
-3-